UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 0 7 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. |
| | ) |
| REGINA J. DAVIS, | ) **4:12CR00405ERW** |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 16, 2012, in the Eastern District of Missouri, the defendant,

**REGINA J. DAVIS,**

knowingly and intentionally made a false, material statement relating to a matter within the jurisdiction of the United States, to wit: the eligibility of her deceased mother, R.B., to continue receiving benefits from the United States Department of Veterans Affairs, in violation of Title 18, United States Code Section 1001.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney